UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jessica Heppard,

                Plaintiff(s),

v.                                         Case No. 5:23–cv–10834–JEL–APP
                                                    Hon. Judith E. Levy

Dunhams Athleisure
Corporation,

                Defendant(s),

## NOTICE OF DETERMINATION OF MOTION WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

      Motion to Stay – #24

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Judith E. Levy *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/W. Barkholz
                                                        Case Manager

Dated:   February 8, 2024