UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jessica Heppard,

        Plaintiff,

v.

Dunham's Athleisure Corporation,

        Defendant(s).
_____/

Case No. 23-cv-10834

Judge Judith E. Levy

**NOTICE OF CHANGE OF ADDRESS**

Pursuant to Local Rule 11.2, I, Jessica Kingston, notify the Court that my address has changed as listed below:

**Old Address**

Street Address: 200 Renaissance Center, Suite 3110
City, State, Zip Code: Detroit, Michigan 48226
Phone Number: (313) 202-3170

**New Address**

Street Address: 500 Woodward Avenue, Suite 2600
City, State, Zip Code: Detroit, Michigan 48226
Phone Number: (313) 202-3170

Note: If you have more than one case, you must file a notice of change of address in each case.

Date: March 4, 2024

/s/ Jessica Kingston
Signature

Jessica Kingston
Printed Name

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon all parties and/or attorneys of record to the above cause herein at their respective addresses as disclosed on the pleadings on March 4, 2024, via ECF Filing notification.

Date:  March 4, 2024

/s/ Jessica Kingston
Signature

Jessica Kingston
Printed Name