UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JESSICA HEPPARD, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>DUNHAM'S ATHLEISURE CORPORATION,<br><br>Defendant. | Case No. 5:23-cv-10834<br><br>Judge Judith E. Levy |

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

Before the Court is Plaintiff's Unopposed Motion For Order Approving Settlement and (if Settlement is Approved) Dismissing Case with Prejudice (ECF No. 39). Upon consideration of said Motion, including the Parties' Settlement Agreement and Release ("Settlement"), and a hearing having been held on January 29, 2025:

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1.  This Court hereby accepts and approves the proposed Settlement and holds that it is a fair and reasonable settlement of a *bona fide* dispute;

2.  The Court approves the payment to Plaintiff's Counsel for attorneys' fees, costs, and expenses as provided in the Settlement;

1

3. The Court orders that the settlement payments be distributed in the manner, and subject to the terms and conditions, set forth in the Settlement; and

4. The above case is hereby dismissed with prejudice; each party to bear his/its own costs except as otherwise provided by the Settlement. All pending deadlines are stricken as moot. This Court shall retain jurisdiction to enforce the parties' Settlement.

SO ORDERED.

Date: January 29, 2025

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge